# EXHIBIT A

| | |
|---|---|
| **From:** | Shayne K Carter (TMS) |
| **To:** | Ethan Leighton (TMS) |
| **CC:** | Sandy Lobenstein (TMS) |
| **Sent:** | 9/9/2015 7:21:15 PM |
| **Subject:** | RE: Camry charcoal air filters |

I am not at NDM. From a pricing point of view we can price an option code that is added to the order table. It will be up to PPD and Marketing to decide how to offer it. I am puzzled by the fact that it's not an Engineering issue. If we acknowledge that the AC smells and there is a way to make it go away how is that not an Engineering issue. Is that considered a "nice to have" item, enhancement to the system. I see it as a basic requirement of the system. Sorry just me venting. For one of the first times, I think I am on SET's side on this one.

Shayne Carter
Corporate Manger Pricing & Cross Carline Planning
Toyota Motor Sales, USA, Inc.
Office: 310-468-2189
Cell: 310-347-5197

From: Ethan Leighton (TMS)
Sent: Wednesday, September 09, 2015 11:07 AM
To: Shayne K Carter (TMS) <Shayne_Carter@Toyota.com>
Cc: Sandy Lobenstein (TMS) <sandy.lobenstein@toyota.com>
Subject: Re: Camry charcoal air filters

Hi Shayne,

The thinking now is instead of forcing all vehicles to accept, create an option much like a fleet only code and let the regions order as such.
Z will not cover as they don't feel it's an engineering issue.
Only SET is complaining.
Are you at NDM? We could talk more.
Rick is here is I can also talk with him too.

Thanks,

-Ethan

Ethan Leighton
National Product Planning Manager
Product Planning and Development
Desk: 469-292-1150
Mobile: 310-███████

On Sep 9, 2015, at 7:30 AM, Shayne K Carter (TMS) <Shayne_Carter@Toyota.com<mailto:Shayne_Carter@Toyota.com>> wrote:
Hi Ethan,

I apologize for not following up with you sooner. I had not heard of this request before and haven't had a chance to discuss with Rick. I am not clear on what the communication channels have been with CCL in the past but from a pricing point of view I have not received this request before. I would also agree with Sandy's comment below, if this is a known issue with a TSB for how to repair, why are we asking to charge customers. I get that the smell doesn't occur in all climate conditions equally and the countermeasure costs more but it does seem challenging to explain why to get what a customer should expect as a standard condition for the air conditioner (no odor) we charge more?
I will ask Ben and John today if they have received this request through any CCL channels.

Do we know if any vehicles we sell have this filter already as standard or is it a service part only?

Shayne

Highly Confidential

Toyota_Salas_00067287