# EXHIBIT B

| | |
|---|---|
| **From:** | Christopher Hitt |
| **To:** | Ed Quirk |
| **Sent:** | 9/19/2012 5:57:21 PM |
| **Subject:** | FW: AC Odor Issue Summary |

You called it....

Chris Hitt
Product Engineer
Quality Assurance Electrical Department
Toyota Motor Sales, USA, Inc.
Phone (310) 468-3116
Fax (310) 974-5951
christopher_hitt@toyota.com

**From:** Bill Bergen
**Sent:** Wednesday, September 19, 2012 10:50 AM
**To:** Christopher Hitt
**Subject:** Re: AC Odor Issue Summary

Great info. Thanks Chris!

**From:** Christopher Hitt
**Sent:** Wednesday, September 19, 2012 12:43 PM
**To:** Bill Bergen
**Cc:** Russell Suzuki; Tom Krembs; Ed Quirk; Shaun Austin
**Subject:** AC Odor Issue Summary

Good Morning Bill,

I hope you are having a good trip.

Tom said this morning that SET has some questions on the current status of AC Odor. I would like to give you a brief summary of the history and current status of this issue.

**Background:**
- AC odor has been one of the top issues for SET for the last few years. There have been several countermeasures including an updated evaporator coating and AC amplifier logic change. These countermeasures have had some improvement but have not totally eliminated the condition.
    - Toyota Evaporators are coated with a protective layer that is designed to prevent odors from adhering to the surface of the Evaporator
    - The Anti-odor logic or Komori logic redirects air away from the customers face during start up when the AC odor is most prevalent
- SET stopped attempting to repair vehicles with AC odor, because of the severity of the Lemon Law in the state of Florida. SET started to tell customers the condition was normal. This caused the warranty claims and field reports to drop off and TMC to think the issue was resolved.
- Starting this year PQFO-SE and I asked SET to start submitting more field reports so we could show TMC this was still one of SET's top issues.
- This spring, as part of OSFOD's Quarterly Field Visit we took TMC OSFOD, TMC 1AB, TTC VPD2 and TMC DQI to Florida to show them the severity of the issue. At the field visit, the decision was made to conduct 3 more survey activities over the course of this year.

**Survey Activity Results:**
- We selected 10 customers that complained of AC odor and tested the AC logic in their vehicles. Each customer agreed to complete follow up surveys every two weeks. Overall the customers felt the AC odor logic was unacceptable because it did not total eliminate the smell. However, most customers said there was some improvement in the severity of the AC odor.
- In May PQFO-SE, QA-E, TCI and TTC met in Ann Arbor and evaluated AC odor on competitor vehicles. The evaluation

0174

Highly Confidential

Toyota_Salas_00058063