MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, BASUDEB DEY, GAILYN KENNEDY, ELIEZER CASPER, and YVETTE ALLEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant.<br><br>and NON-PARTY, DEANNA CASPER,<br><br>Movant. | Case No. 2:18-mc-00084-ODW-GJS<br><br>Transferred from So. Dist. of Fla. Case No. 1:18-mc-22518-UU<br><br>Assigned to Judge Otis D. Wright, II<br><br>**DECLARATION OF ESTHER K. RO IN SUPPORT OF DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC.'S OPPOSITION TO NON-PARTY DEANNA CASPER'S MOTION TO QUASH SUBPOENA FOR ORAL TESTIMONY**<br><br>Date:      TBD<br>Time:     TBD<br>Place:    Courtroom 640<br>Judge:   Hon. Gail J. Standish<br>             (Magistrate)<br><br>Case Filed:  June 28, 2018 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 98118922.1

DECLARATION ISO OPPOSITION TO
DEANNA CASPER'S MOTION TO QUASH

# **DECLARATION OF ESTHER K. RO**

I, Esther K. Ro, declare:

1. I am an attorney at law, duly licensed to practice in the State of California and admitted to practice before this Court, and am a partner with Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") in this action. I submit this Declaration in support of Toyota's Opposition to Non-Party Deanna's Casper Motion to Quash Subpoena for Oral Testimony. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint filed in *Stockinger et. al. v. Toyota Motor Sales, USA, Inc.*, Case No. 2:17-cv-00035-VAP (KSx) (C.D. Cal 2017).

3. Attached hereto as **Exhibit B** is a true and correct copy of a collection excerpts from the deposition of Eliezer Casper which was taken on May 7, 2018 in *Stockinger et. al. v. Toyota Motor Sales, USA, Inc.*, Case No. 2:17-cv-00035-VAP (KSx) (C.D. Cal 2017).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 6th day of July, 2018, at Los Angeles, California.

/s/ Esther K. Ro
Esther K. Ro