| | |
|---|---|
| 1 | **KESSLER TOPAZ** |
| | **MELTZER & CHECK, LLP** |
| 2 | Peter A. Muhic |
| | pmuhic@ktmc.com |
| 3 | Tyler S. Graden |
| | tgraden@ktmc.com |
| 4 | Natalie Lesser |
| | nlesser@ktmc.com |
| 5 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| 6 | Telephone: (610) 667-7706 |
| | Facsimile: (610) 667-7056 |

*Counsel for Deanna Casper*

*(Additional Attorneys Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, ELIEZER CASPER, and YVETTE ALLEY on behalf of themselves and all others similarly situated, | Case No. 2:18-mc-00084-VAP-KS |
| Plaintiffs, | **DECLARATION OF TYLER S. GRADEN IN SUPPORT OF NON-PARTY DEANNA CASPER'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA** |
| v. | |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, | Date: August 8, 2018 |
| Defendant. | Time: 11:00 a.m. |
| | Place: Courtroom 580 |
| | Judge: Hon. Karen L. Stevenson (Magistrate) |
| | Complaint Filed: January 3, 2017 |
| | FAC Filed: March 24, 2017 |

DECLARATION OF TYLER S. GRADEN

# DECLARATION OF TYLER S. GRADEN

I, **TYLER S. GRADEN**, hereby declare as follows:

1. I am an attorney in the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"). As an attorney at Kessler Topaz representing Deanna Casper, I am personally involved in the prosecution of this matter. I submit this Declaration in Support of Non-Party Deanna Casper's Motion to Quash Subpoena. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Eliezer Casper which was taken on May 7, 2018 in *Stockinger v. Toyota Motor Sales, USA, Inc.*, Case No. 2:17-cv-00035-VAP-KS (C.D. Cal 2017).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 25th day of July, 2018, at Radnor, Pennsylvania.

/s/ Tyler S. Graden
Tyler S. Graden