# EXHIBIT A

# DEPOSITION OF ELIEZER SHIMON CASPER
## May 7, 2018

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO. 2:17-cv-000350VAP(KSx)

PAUL STOCKINGER, ELIZABETH STOCKINGER,
BASUDEB DEY, GAILYN KENNEDY, ELIEZER
CASPER and YVETTE ALLEY on behalf of
themselves and all others similarly
situated,
        Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., a
California corporation,
        Defendant.
_____/


VIDEO RECORDED DEPOSITION OF ELIEZER SHIMON CASPER

Monday, May 7, 2018

200 South Biscayne Boulevard

Miami, Florida 33131

10:03 a.m. to 6:15 p.m.


       This cause came on to be heard at the time
and place aforesaid, when and where the following
proceedings were stenographically reported by:

Tracey S. LoCastro, RPR, FPR, CLR

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

10

1  house?
2  A.  Yes.
3  Q.  Do you have any children?
4  A.  Yes.
5  Q.  How many children do you have?
6  A.  Four.
7  Q.  Can you give me their -- well, how about we
8  start with the -- walking back from oldest to youngest,
9  how old are they?
10  A.  Azriel is 8.
11      Tziona is 6.
12      Natania is 5.
13      Avital is 3.
14  Q.  And Azriel is 8.  Do you recall when
15  she [sic] was born?
16  A.  He was born June 24th, 2009.
17  Q.  I apologize for that.
18      And how about -- is it Sienna?  Is that
19  correct?
20  A.  Tziona.
21  Q.  And is that a boy or a girl?
22  A.  She.
23  Q.  Okay.  When was she born?
24  A.  She was born May 25th, 2011.
25  Q.  And lest I mispronounce your third child,

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

17

```
 1            MR. GRADEN:  Objection.
 2            THE WITNESS:  I don't remember specifically.
 3   BY MR. ERCOLE:
 4       Q.   Okay.  Meaning you don't remember
 5   specifically the content of that conversation.
 6       A.   No, that's not what I said.
 7       Q.   So when you say I don't remember
 8   specifically, what are you referring to then?
 9       A.   I don't remember the exact every single
10   specific word that she and I said in the conversation.
11       Q.   Okay.  Did you -- you purchased the vehicle
12   from Royal Palm Toyota, correct?
13       A.   Yes.
14       Q.   Okay.  Did you notify Royal Palm Toyota that
15   you were smelling odor -- well, strike that.
16            What does the HVAC odor that you experienced
17   smell like?
18       A.   I describe it as a noxious, foul odor,
19   moldy, musty, mildewy.
20       Q.   Anything else?
21       A.   No.
22       Q.   When you say noxious, what do you mean by
23   noxious?  How would you define "noxious"?
24       A.   I define "noxious" as annoying, harmful or
25   potentially harmful, disturbing, unwanted, unliked,
```

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

18

```
 1   unappreciated, unexpected.
 2       Q.   And while you can't give a precise date,
 3   would you say that you experienced this odor soon after
 4   you purchased the vehicle?
 5       A.   Yes.
 6       Q.   Did you notify Royal Palm Toyota that you
 7   were experiencing this odor in your vehicle?
 8       A.   Don't recall specifically.
 9       Q.   Well, I'm not asking specifically.  I'm just
10   asking whether or not you ever, you, ever notified or
11   spoke with Royal Palm Toyota about odor in your
12   vehicle.
13       A.   I don't recall.
14       Q.   Well, sitting here today can you provide any
15   specific time that you notified Royal Palm Toyota about
16   HVAC odor in your vehicle?
17       A.   No.
18       Q.   Sitting here today can you identify any time
19   where you notified any dealership about any odor in
20   your vehicle?
21       A.   Yes.
22       Q.   When was that?
23       A.   September 2013.
24       Q.   Which dealership was that?
25       A.   Ed Morse Delray Beach, Florida.
```

**LUDLOW LITIGATION SUPPORT**
**833-336-3010**

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

30

1    A.    Yes.
2    Q.    What does she do?
3    A.    Full-time stay-at-home mom.
4    Q.    Does she drive the vehicle, the 2011 Sienna
5    during the week?
6    A.    Yes.
7    Q.    Okay.  Has she always been a full-time
8    stay-at-home mom, which is probably the toughest of all
9    jobs?
10   A.    No.
11   Q.    Since 2011, since you purchased the vehicle,
12   has she been a stay-at-home full-time mom?
13   A.    No.
14   Q.    Okay.  Did she -- what was she -- what was
15   her employment in 2011 when you purchased the 2011
16   Sienna?
17   A.    She taught in public school for two years.
18   I don't recall which two years.
19   Q.    Do you recall whether she was teaching when
20   you purchased the 2011 Sienna?
21   A.    Not offhand.
22   Q.    Did she have -- after her job as a public
23   schoolteacher did she get another job?
24   A.    Yes.
25   Q.    And what job was that?

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

77

1  Q. And at the top of this document -- of these
2  pages there's a reference to maintenance log, correct?
3  A. Yes.
4  Q. Did you ever have filled out or have filled
5  out any of these documents?
6  A. Not that I recall.
7  Q. Did you ever fill out any of these
8  documents?
9  A. Not that I recall.
10 Q. Did you ever have anything that looks like
11 what's labeled as the "Maintenance Log" attached to
12 your warranty filled out?
13 A. Not that I recall.
14 Q. Did your wife ever do so?
15 A. No.
16 Q. How do you know your wife never did so?
17 A. I'm the one that handles these type of
18 things in our household.
19 Q. What does that mean?
20 A. I'm the one that would handle paperwork,
21 maintenance logs, servicing for the most part, service
22 records, et cetera.
23 Q. So is it your testimony is that with respect
24 to servicing of the vehicle -- let me -- let me ask
25 this.

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

78

1  With respect to servicing of the vehicle,
2  meaning the 2011 Sienna, is that something that you
3  would handle or your wife would handle?
4      A.   Both of us.
5      Q.   With respect to keeping records, is that --
6  of servicing of your vehicle, is that something you
7  would handle or your wife would handle?
8      A.   I would.
9      Q.   And have you kept records of the servicing
10 of the vehicle, of your 2011 Sienna vehicle?
11     A.   To the best of my ability.
12     Q.   Have you produced all the records regarding
13 servicing of your vehicle that you have in your
14 possession in this case?
15     A.   To the best of my knowledge.
16     Q.   If you look at page 92132 of the -- of the
17 warranty document, there's a reference to additional
18 maintenance.
19     Do you see that?
20     A.   Yes.
21     Q.   And in the second sentence it says, "These
22 procedures are explained in the 'Vehicle Maintenance
23 and Care' section of the Owner's Manual."
24     Do you see that?
25     A.   Yes.

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

80

1  through these, through the pamphlets, warranty books,
2  maintenance books, et cetera, all the documentation
3  provided when we purchased the vehicle.
4     Q.   So my question, I guess based upon how we're
5  defining "read," is a little bit different, right.  So
6  my question is, how do you know your wife didn't skim
7  through the owner's manual for the 2011 Sienna?
8     A.   Same answer.  My wife -- my wife doesn't --
9  doesn't look at those things.  She doesn't open them.
10 She doesn't read any of the words.  She doesn't skim
11 it.  She doesn't glance at it.
12    Q.   Did you ever ask her whether she has done
13 so?
14    A.   No.
15    Q.   And she's the primary driver of the 2011
16 Sienna vehicle, correct?
17    A.   Currently.
18    Q.   Was there ever a time she wasn't the primary
19 driver of that vehicle?
20    A.   Yes.
21    Q.   When was that?
22    A.   I recall in 2000 -- school year 2000 --
23 2011/2012 my wife mainly drove another vehicle at the
24 time and I mainly drove the Sienna.
25    Q.   After 2011 and 2012 after she switched to

**DEPOSITION OF ELIEZER SHIMON CASPER**
**May 7, 2018**

204

```
 1   vehicle in your household?  Is it you or your wife?
 2        A.   Myself.
 3        Q.   Did your wife help with any of the research
 4   at all?
 5        A.   Not that I recall.
 6        Q.   And how long -- with respect to the Hyundai,
 7   how long did the process take for you to -- once you
 8   knew you had an interest in purchasing a vehicle, how
 9   long did it take before, you know, you ultimately
10   decided to purchase a -- purchase the 2011 Hyundai
11   vehicle?
12        A.   I don't recall specifically.
13        Q.   But how about generally approximately?
14        A.   I'd say a month or less.
15        Q.   How about for the 2011 Toyota Sienna, how
16   long from the time you sort of knew you wanted to --
17   strike that.
18             For the 2011 Toyota Sienna, how long from
19   when you first started thinking about purchasing a
20   second vehicle until the time you purchased it,
21   approximately?
22        A.   It couldn't have been more than four months,
23   but offhand I would generally say no more than a month
24   or so.
25        Q.   And for the 2011 Toyota Sienna did you do
```

**DEPOSITION OF ELIEZER SHIMON CASPER**
May 7, 2018

205

1  the research for what type of vehicle to purchase
2  there, or did your wife do that?
3       A.   I believe I did.
4       Q.   Did your wife help at all?
5       A.   I don't believe so.
6       Q.   So once you narrowed it down to minivans,
7  what types of -- what other makes and models of
8  minivans were you looking at at the time that you
9  ultimately ended up deciding to purchase the 2011
10 Sienna?
11      A.   I don't recall all of them.
12      Q.   Do you recall any of them?
13      A.   Yes.
14      Q.   Okay.  Well, which makes and models do you
15 recall looking at or thinking about?
16      A.   The only one I recall is a Honda Odyssey --
17 was the Honda Odyssey.
18      Q.   And you decided to go with the 2011 Sienna
19 rather than the Honda Odyssey, correct?
20      A.   Yes.
21      Q.   Okay.  Why -- why do you recall doing that?
22      A.   I'm sure there's a multitude of factors, but
23 at the time I believe the main one was cost, was price.
24      Q.   The Sienna was more cost-efficient than the
25 Honda Odyssey.